**FILED**
**U.S. District Court**
**District of Kansas**
06/18/2026
**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**MILTON DANIEL VENTURA CORADO,**

        **Petitioner,**

**v.**                                                     **Case No. 26-3168-JWL**

**MISTY MACKEY, TODD M. LYONS, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, MARKWAYNE MULLIN, and TODD BLANCHE,**

        **Respondents.**

## JUDGMENT IN A CIVIL CASE

**( )**    **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**(x)**    **DECISION BY THE COURT.**  This action came before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for habeas corpus pursuant to 28 U.S.C. § 2241 is granted in part. Respondents are ordered either to release petitioner or to ensure that petitioner receives a bond hearing pursuant to 8 U.S.C. § 1226(a) on or before June 29, 2026, and they are further ordered to provide notice to this Court when such relief has been given. The Court denies petitioner's requests for other relief.

Entered on the docket 06/18/26

**Dated: June 18, 2026**                **SKYLER B. O'HARA**
                                            **CLERK OF THE DISTRICT COURT**

                                            **s/S. Nielsen-Davis**
                                            **Deputy Clerk**